**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

RIGOBERTO SANTILLAN QUIROZ,   )
   )
       Petitioner,   )
   )
v.   )   Case No. CIV-25-1349-PRW
   )
SCARLET GRANT, *et al.*,   )
   )
       Respondents.   )

## ORDER

The Petition (Dkt. 1) is **GRANTED IN PART**. Because Petitioner can properly be detained only pursuant to 8 U.S.C. § 1226(a), Respondents are **ORDERED** to either provide Petitioner with a bond hearing within seven days of this Order or release Petitioner if he has not received a bond hearing within that period. A separate judgment will follow.

**IT IS SO ORDERED** this 30th day of July 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1