**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RIGOBERTO SANTILLAN QUIROZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-25-1349-PRW |

# ORDER

On July 30, 2026, the Court ordered Respondents to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) within seven days or otherwise release Petitioner.[1] The Court **ORDERS** Respondents to file a status report on or before November 30, 2026.

**IT IS SO ORDERED** this 24th day of November 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[1] Order (Dkt. 22).